1

2                                                                     JS-6

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 # CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | KEVIN C. C.,[1] | Case No. 8:21-cv-1571-MAR |
| 12 | Plaintiff, | JUDGMENT |
| 13 | v. | |
| 14 | KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| 15 | Defendant. | |
| 16 | | |

17

18 Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

19

20 DATED:  September 09, 2022

21

22

23 _____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

24

25

26

27 [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial

28 Conference of the United States.